AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT   ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

## OFFENSE CHARGED

18 U.S.C. § 2243(b) – Sexual Abuse of a Ward;
18 U.S.C. § 1001 – False Statement to a Government Agency

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT TO PENALTY SHEET

### DEFENDANT - U.S

▶ ANDREW JONES

DISTRICT COURT NUMBER
4:23-cr-00212-HSG

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
DOJ/OIG and FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: ISMAIL J. RAMSEY
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): ANDREW PAULSON, AUSA

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

FILED
Jul 13 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Has detainer been filed?   ☐ Yes   ☐ No   If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

ATTACHMENT TO PENALTY SHEET - ANDREW JONES

MAXIMUM PENALTIES:

**Counts 1-6 (18 U.S.C. § 2243(b) – Sexual Abuse of a Ward)**
- 15 years' imprisonment
- $250,000 fine
- Maximum Supervised Release: Life; Minimum Supervised Release: 5 years
- Restitution
- $5,100 special assessment

**Count 7 (18 U.S.C. § 1001(a)(2) – False Statements to a Government Agency)**
- 8 years imprisonment
- $250,000 fine
- Restitution
- 3 years supervised release

<table type="header">
</table>

| | |
|---|---|
| ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney | **FILED**<br><br>Jul 13 2023<br><br>Mark B. Busby<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDREW JONES,<br><br>    Defendant. | CASE NO. 4:23-cr-00212-HSG<br><br>VIOLATIONS:<br>18 U.S.C. § 2243(b) – Sexual Abuse of a Ward;<br>18 U.S.C. § 1001 – False Statement to a Government Agency<br><br>OAKLAND VENUE |

# INFORMATION

The United States Attorney charges:

## Introductory Allegations

1. The Federal Correctional Institution, Dublin ("FCI Dublin") was a federal prison in Alameda County, California, within the Northern District of California.

2. The defendant ANDREW JONES ("JONES") was employed at FCI Dublin as a correctional officer.

3. C.V. was a female inmate at FCI Dublin, who was serving a prison sentence.

4. J.L. was a female inmate at FCI Dublin, who was serving a prison sentence.

5. R.C. was a female inmate at FCI Dublin, who was serving a prison sentence.

INFORMATION            1

COUNT ONE: (18 U.S.C. § 2243(b) – Sexual Abuse of a Ward)

6. Paragraphs 1 through 5 of this Information are re-alleged and incorporated as if fully set forth here.

7. On a date between on or about July 1, 2020 and on or about December 31, 2020, in the Northern District of California, the defendant,

ANDREW JONES,

while in FCI Dublin, a Federal prison, knowingly engaged in a sexual act with C.V., a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the defendant, when he caused contact between his penis and C.V.'s mouth, while they were in a staff bathroom in the FCI Dublin kitchen, in violation of 18 U.S.C. § 2243(b).

COUNT TWO: (18 U.S.C. § 2243(b) – Sexual Abuse of a Ward)

8. Paragraphs 1 through 5 of this Information are re-alleged and incorporated as if fully set forth here.

9. On a date between on or about July 1, 2020 and on or about December 31, 2020, in the Northern District of California, the defendant,

ANDREW JONES,

while in FCI Dublin, a Federal prison, knowingly engaged in a sexual act with C.V., a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the defendant, when he penetrated C.V.'s vulva with his penis, while they were in a staff bathroom in the FCI Dublin kitchen, in violation of 18 U.S.C. § 2243(b).

COUNT THREE: (18 U.S.C. § 2243(b) – Sexual Abuse of a Ward)

10. Paragraphs 1 through 5 of this Information are re-alleged and incorporated as if fully set forth here.

11. On a date between on or about July 1, 2020 and on or about December 31, 2020, in the Northern District of California, the defendant,

ANDREW JONES,

while in FCI Dublin, a Federal prison, knowingly engaged in a sexual act with C.V., a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the defendant,

when he penetrated C.V.'s vulva with his penis, while they were in the food service warehouse, in violation of 18 U.S.C. § 2243(b).

COUNT FOUR:	(18 U.S.C. § 2243(b) – Sexual Abuse of a Ward)

12.	Paragraphs 1 through 5 of this Information are re-alleged and incorporated as if fully set forth here.

13.	On a date between on or about January 1, 2021 and on or about June 30, 2021, in the Northern District of California, the defendant,

ANDREW JONES,

while in FCI Dublin, a Federal prison, knowingly engaged in a sexual act with J.L., a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the defendant, when he caused contact between his penis and J.L.'s mouth, while they were in a warehouse near the FCI Dublin kitchen, in violation of 18 U.S.C. § 2243(b).

COUNT FIVE:	(18 U.S.C. § 2243(b) – Sexual Abuse of a Ward)

14.	Paragraphs 1 through 5 of this Information are re-alleged and incorporated as if fully set forth here.

15.	On a date between on or about March 1, 2021 and on or about June 30, 2021, in the Northern District of California, the defendant,

ANDREW JONES,

while in FCI Dublin, a Federal prison, knowingly engaged in a sexual act with R.C., a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the defendant, when he penetrated R.C.'s vulva with his penis, while they were in a storage room in the officer's office in the FCI Dublin kitchen, in violation of 18 U.S.C. § 2243(b).

COUNT SIX:	(18 U.S.C. § 2243(b) – Sexual Abuse of a Ward)

16.	Paragraphs 1 through 5 of this Information are re-alleged and incorporated as if fully set forth here.

17.	On a date between on or about March 1, 2021 and on or about June 30, 2021, in the Northern District of California, the defendant,

ANDREW JONES,

while in FCI Dublin, a Federal prison, knowingly engaged in a sexual act with R.C., a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the Defendant, when he penetrated R.C.'s vulva with his penis, while they were in a bathroom near the FCI Dublin kitchen, in violation of 18 U.S.C. § 2243(b).

COUNT SEVEN:     (18 U.S.C. § 1001(a)(2) – False Statement to Government Agency)

18. Paragraphs 1 through 5 of this Information are re-alleged and incorporated as if fully set forth here.

19. On or about March 11, 2022, in the Northern District of California, the defendant,

ANDREW JONES,

did willfully and knowingly make materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the executive branch of the Government of the United States, by stating that he had never had sexual intercourse with C.V.  These statements and representations were false because, as JONES then and there knew, he had engaged in sexual intercourse with C.V.

It is further alleged that this offense involved offenses under Chapter 109A.

All in violation of Title 18, United States Code, Section 1001(a)(2).

DATED: July 13, 2023

ISMAIL J. RAMSEY
United States Attorney

/s/ Andrew Paulson
ANDREW PAULSON
MOLLY K. PRIEDEMAN
Assistant United States Attorneys

INFORMATION                                                                            4