1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

2

3  THOMAS A. COLTHURST (CABN 99493)
   Chief, Criminal Division

4  ANDREW PAULSON (CABN 267095)
   MOLLY K. PRIEDEMAN (CABN 302096)

5  Assistant United States Attorney

6      1301 Clay Street, Suite 340S
       Oakland, California 94612

7      Telephone: (510) 637-3680
       FAX: (510) 637-3724

8      andrew.paulson@usdoj.gov
       molly.priedeman@usdoj.gov

9

10 Attorneys for United States of America

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 4:23-cr-00212-YGR |
|---|---|---|
| Plaintiff, | ) | **JOINT REQUEST TO SET CHANGE OF PLEA AND [PROPOSED] ORDER** |
| v. | ) | |
| ANDREW JONES, | ) | |
| Defendant. | ) | |

On July 13, 2023, the defendant was charged by Information with six counts of sexual abuse of ward in violation of 18 U.S.C. § 2243(b) and one count of false statements to a government agency in violation of 18 U.S.C. § 1001(a)(2). The case was reassigned to the Honorable Yvonne Gonzalez Rogers on July 19, 2023. The parties jointly request that this matter be set for a change of plea hearing on August 17, 2023 at 2:00 p.m.

///

///

///

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this joint request and proposed order.

DATED: August 7, 2023  /s/ Andrew Paulson
ANDREW PAULSON
Assistant United States Attorney

DATED: August 7, 2023  /s/ Ramsey Fisher
RAMSEY FISHER
Attorney for the Defendant

## [PROPOSED] ORDER

Pursuant to the joint request of the parties, the Court sets this matter for a change of plea hearing on August 17, 2023 at 2:00 p.m. in Courtroom 1, 4th Floor, Oakland Federal Courthouse.

IT IS SO ORDERED.

DATED: _____

THE HONORABLE YVONNE GONZALEZ ROGERS
United States District Judge