UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** August 17, 2023     **Time:** 42 Minutes     **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 23-cr-00212-YGR-1     **Case Name:** USA v. Andrew Jones

**Defendants:** Andrew Jones; Present

**Attorney for Plaintiff:** Andrew Paulson
**Attorney for Defendant:** Galia Amram, Ramsey Fisher

**Deputy Clerk:** Edwin Cuenco                **Reported by:** Raynee Mercado

## PROCEEDINGS

Change of Plea - Held.

The Court admonishes Galia Amram for failing to file a Notice of Appearance for co-counsel Ramsey Fisher before making a Court appearance.

The Plea Agreement is signed and filed in Court. The defendant is sworn. The Defendant enters a plea of guilty as to Count One, Two, Three, Four, Five, Six and Seven of the Information. The plea is accepted by the Court. The defendant is adjudged guilty of the offense. The defendant is referred to Probation to conduct a Presentence Investigation.

The matter is continued to November 15, 2023 at 2:00 PM for Sentencing.