GALIA Z. AMRAM (CA SBN 250551)
GAmram@mofo.com
RAMSEY W. FISHER (CA SBN 334228)
RamseyFisher@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California  94105-2482
Telephone:     415.268.7000
Facsimile:     415.268.7522

Attorneys for Defendant
ANDREW JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:23-CR-0012-YGR |
| Plaintiff, | **DECLARATION OF RAMSEY W. FISHER IN SUPPORT OF DEFENDANT ANDREW JONES' SENTENCING MEMORANDUM** |
| v. | |
| ANDREW JONES, | |
| Defendant. | |

1    I, Ramsey W. Fisher, declare as follows:

2        1.    I am an attorney at law duly licensed to practice before this Court. Along with

3    Galia Z. Amram, I am counsel of record for Andrew Jones in this action. I have personal

4    knowledge of the facts set forth in this Declaration and, if called as a witness, could and would

5    testify competently to such facts under oath.

6        2.    Attached as **Exhibit A** to this Declaration is a true and correct copy of the Letter

7    of Support submitted by Amie Jones on behalf of her husband Andrew Jones, dated September

8    11, 2023.

9        I declare under penalty of perjury under the laws of the United States of America that the

10   foregoing is true and correct. Executed this 8th day of November 2023.

11

12                                                    */s/ Ramsey W. Fisher*
                                                     RAMSEY W. FISHER
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28