# EXHIBIT A

September 11, 2023

To Whom It May Concern:

My name is Amie Jones. I am writing to you on behalf of my husband, Andrew Jones. I am fully aware of Andrew's wrong doings, and I am choosing to support him in spite of it all. I would like to tell you about the man I know.

Andrew and I met in the Army while we were stationed in Guantanamo Bay, Cuba in 2009. I'd love to tell you it was love at first sight, but our first few interactions were quite the opposite. I thought Andrew was pompous and rude. I perceived him as an overall jerk. Some time went by and I was being harassed by some male coworkers. Andrew protected me from further harassment that was likely to escalate. This prompted me to take a deeper look into the man I may have misjudged. Soon Andrew and I were inseparable. He took on the role of a provider and protector. I unveiled a soft version of Andrew, a side that was only known to me. This is the man who comforted me when I couldn't make it home for the passing of my Grandfather. This is the man who helped me turn away from a lifestyle of being used and abused. He rescued me off the path of addiction. He inspired me to want to be better, he inspired me to want to be a good woman, future wife and mother.

Fast forward to 2017. Andrew and I were married for two years. We had our third and last child in July. We were both working for the BOP. Our marriage was suffering because we were both in a constant state of anger. We were exhausted from trying to hide it from the kids and the outside world. By 2019, Andrew was selected to transfer to California. I transferred back to Ohio to be near family while he got situated. Covid happened, distance happened, preexisting anger and resentment prompted me to file for divorce. Andrew and I were officially divorced in July 2020. I believe this compromised his ability to cope with life. He was isolated and alone in California. Andrew has never had a close relationship with his family, so they are the last people he would ever call for support.

Andrew was respectful to me through the whole process, even when I wasn't acting like a dignified woman. He was there for our kids, even when I was difficult to deal with. Andrew made frequent trips to Ohio to spend time with the kids. I realized the biggest factors in our divorce were distance and the agency we worked for. I decided to move to California to coparent with Andrew. I saw the positive effect his presence had on our children, mainly our boys.

In August 2021, I loaded up my vehicle and kids to make our trip across the country . Andrew and I  decided to ease our way back into eachothers lives. We got an apartment with the agreement he would move into another unit if it didn't work out. I resigned from the BOP, after almost ten years. My mental health was suffering and my depression was at an all time low. Andrew supported my decision to separate, and go to school instead. He was there to take care of our children and work so I could focus on my program. He saw how free and happy I felt. Andrew was actively trying to get a job outside of the BOP. He was ready to have a job where his work was meaningful. He wanted to help other veterans who also suffer from PTSD.

In March 2022, Andrew was sent home from work. He explained to me he was placed on leave and told me what was going on. We had the most honest conversations we have ever had that day. Andrew expressed both remorse and a strong desire to address the personal issues at the heart of the matter. A couple of weeks later, the FBI stormed our apartment around 6:00 AM on a weekday. They placed my husband in restraints when he answered the door. My children and I were awakened by screaming agents busting in our rooms. I had no clothes on, and was placed against a wall and not allowed to go to my children. Male agents were filing inside while I was begging to get dressed and go to my kids. Finally someone brought me clothes and I was asked to leave with my children. It was a school morning and I had nowhere to go. The entire ordeal was very traumatic for our entire family. Andrew was very cooperative that morning and remained humble. Andrew was escorted to the police station for questioning. He got home later that afternoon and told me how bad it was. My response to him was "let's get married". He seemed confused, but I knew I was going to stay and support him. We were remarried the next week.

Immediately, Andrew enrolled in a program to become a certified trainer. He completed his 6 month program. He knew he needed to do as much as he could, with the time he had left to gain a skill for future employment after incarceration. Andrew has always taken care of his children, who adore him. He would work 5 jobs if that's what it took for his family to eat, because I can't work. During Andrew's time away from the BOP, we have continued to work on ourselves individually, and as a couple. Regardless of the challenges that lay ahead, we have never been so close or happy as a family. Andrew is the backbone in our family. I am who I am because of him. He helps me cope with my service related disabilities every day.

Through so many ups and downs over the last 14 years and what we are facing today, Andrew has never turned his back on me or his children. He saved me from myself and helped shape me into the woman I am. I believe Andrew has every intention of improving. He has always been a strong personality with the desire for self-improvement. I have no doubt Andrew will make the most out of counseling or programs offered to him. Andrew has shown a steadfast demeanor in moving past his mistakes in a constructive and successful manner. We have discussed the future, and how he will successfully reintegrate back into our lives and the community.

It is my hope that I have shed light on who Andrew is as a man today, and who he can and will be moving forward. Thank you for your time.

Sincerely,

*Amie Jones*
Amie Jones