UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** November 15, 2023      **Time:** 2:07 p.m. – 3:24 p.m.      **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 23-cr-00212-YGR-1      **Case Name:** UNITED STATES v. Andrew Jones

**Attorney for Plaintiff:** Andrew Paulson, Molly Priedeman
**Attorney for Defendant:** Galia Amram, Ramsey Fisher
**Defendant:** Present
**Defendant's Custodial Status:** Not in Custody

**Deputy Clerk:** Ki'i Kealalio-Puli                **Reported by:** Summer Fisher
                                                     **Probation Officer:** Cindy Suntay

## PROCEEDINGS

**SENTENCING – HELD**
In summary:

Count 1 - 7: Defendant is committed to the custody of the Bureau of Prisons for a term of **96 months** on each of Counts One through Seven. All counts to be served concurrently. Upon release from imprisonment, the Defendant shall be placed on Supervised Release for a term of **10 years** on Counts One through Six and **3 years** on Count Seven. All counts to be served concurrently.

The Court recommends that defendant be placed as close to family as possible.

The defendant shall pay to the United States a special assessment fee in the amount of $100 per each Count 1 - 7 for a total of $700, a JVTA assessment of $5000 for each Count 1 – 6 for a total of $30,000. The defendant shall also pay restitution in the amount to be determined. Fine waived.

The Court sets a Restitution Hearing on 2/2/2024 at 2:00 p.m. and GRANTS the defendant's request to waive his appearance.  Appearance of Defense Counsel Galia Amram is also waived.

The defendant shall self-surrender to designated facility or to the Oakland US Marshal's Office if no designation is made by 2:00 p.m. on 2/2/2024.

Plaintiff's objection: One - OVERRULED
Defendant's objections: One and Two – OVERRULED
Defendant's objection: Three – GRANTED

Administrative Motions to Seal (docket no. 20, 21, 22 and 23) are GRANTED